# Exhibit C

# SUBPOENA

## BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA

*To* Leon David Black
c/o Ari Fridman, Partner, Hogan Lovells

You are hereby commanded to be and appear before the
Committee on Oversight and Government Reform

of the House of Representatives of the United States at the place, date, and time specified below.

☐ **to produce the things identified on the attached schedule** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

Place of production: ______

Date: ______ Time: ______

☑ **to testify at a deposition** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

Place of testimony: 2154 Rayburn House Office Building

Date: July 16, 2026 Time: 10:00am ET

☐ **to testify at a hearing** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

Place of testimony: ______

Date: ______ Time: ______

*To* United States Marshals or any authorized Member or congressional staff to serve and make return.

Witness my hand and the seal of the House of Representatives of the United States, at the city of Washington, D.C. this 26 day of June, 2026.

[signature]
*Chairman or Authorized Member*

Attest: [signature]
*Clerk*

JAMES COMER, KENTUCKY
CHAIRMAN

ONE HUNDRED NINETEENTH CONGRESS

ROBERT GARCIA, CALIFORNIA
RANKING MEMBER

# Congress of the United States

## House of Representatives

COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
2157 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–6143

MAJORITY (202) 225–5074
MINORITY (202) 225–5051
https://oversight.house.gov

June 26, 2026

Mr. Leon D. Black

Dear Mr. Black:

On June 26, 2026, you appeared voluntarily before the Committee on Oversight and Government Reform (Committee) for the purpose of answering questions related to the Committee's investigation into: (i) the alleged mismanagement of the federal government's investigation into Mr. Jeffrey Epstein and Ms. Ghislaine Maxwell, (ii) the circumstances and subsequent investigations of Mr. Epstein's death, (iii) the operation of sex-trafficking rings and ways for the federal government to effectively combat them, (iv) ways in which Mr. Epstein and Ms. Maxwell sought to curry favor and exercise influence to protect their illegal activities, and (v) potential violations of ethics rules related to elected officials. However, during that interview, you refused to answer many questions that relate directly to the Committee's investigation. Therefore, please see the attached subpoena compelling your appearance at a deposition on July 16, 2026 at 10:00am.

The Committee has questions regarding your personal relationships with associates of Mr. Epstein and Ms. Maxwell, the use of non-disclosure and other confidentiality agreements by individuals associated with Mr. Epstein and Ms. Maxwell, efforts to exercise influence over associates to protect their illegal activities, and your knowledge of Mr. Epstein and Ms. Maxwell's illegal activities. As one of the longest known associates of Mr. Epstein, the Committee believes you possess valuable insight into his and Ms. Maxwell's activities. The Committee seeks this information to inform the development of legislative solutions to improve federal efforts to combat sex trafficking and prevent the use of non-disclosure or other confidentiality agreements to cover-up potential criminal activities.

The Committee on Oversight and Government Reform is the principal oversight committee of the U.S. House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X.[1] Further, pursuant to House Rule XI clause 2(k)(6) "…the chair shall receive and the committee shall dispose of requests to subpoena additional witnesses."[2] Additionally, House Rule XI clause 2(m)(1)(B) grants Committees of the House of Representatives the authority "to require, by subpoena or otherwise, the attendance and testimony of such witnesses and the production of such books, records, correspondence, memoranda, papers, and documents as it considers necessary."[3] If you have any questions

[1] Rule X, cl. 4(c)(2), Rules of the U.S. House of Representatives, 119th Cong. (Jan. 16, 2025).
[2] *Id.* Rule XI, cl. 2(k)(6).
[3] *Id.* Rule XI, cl. 2(m)(1)(b).

regarding this subpoena, please contact Committee on Oversight and Government Reform Majority staff at (202) 225-5074.

Sincerely,

James Comer
Chairman
Committee on Oversight and Government Reform

cc: The Honorable Robert Garcia, Ranking Member
Committee on Oversight and Government Reform