**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LEON D. BLACK**<br>445 Park Avenue, Suite 1401<br>New York, NY 10022<br><br>*Plaintiff*,<br><br>v.<br><br>**THE HOUSE COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM and**<br>2157 Rayburn House Office Building,<br>Washington, D.C. 20515<br><br>**JAMES COMER, in his capacity as Chairman of the House Committee on Oversight and Government Reform**<br>2410 Rayburn House Office Building,<br>Washington, D.C. 20515<br><br>*Defendants*. | Case No.: 26-cv-03084 |

**MOTION FOR ADMISSION OF AARON SCOT CUTLER *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(c), Peter S. Spivack ("Movant"), a member of the bar of this Court and counsel for Leon D. Black, hereby moves that Aaron S. Cutler be granted leave to appear and practice *pro hac vice* in these proceedings on behalf of Leon D. Black.

In support of this motion, Movant states as follows:

1. Mr. Cutler's full name is Aaron Scot Cutler.

2. Mr. Cutler is a licensed attorney practicing in the Washington, D.C. office of the law firm Hogan Lovells Cadwalader US LLP, 555 13th St NW, Washington, D.C. 20004. His telephone number is (202) 637-5600. His email is aaron.cutler@hlc.com.

3. Mr. Cutler is a member in good standing of the Washington, D.C. bar

(Registration No. 1029062), and is also admitted in New York (Registration No. 4368577).

4. Mr. Cutler has not been disciplined by any bar, and there are no proceedings against him in any bar. He is not currently disbarred in any court, and he has not been denied admission to the courts of any state or any court of the United States.

5. Mr. Cutler has not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia in the last two years.

6. Mr. Cutler engages in the practice of law from an office located in the District of Columbia and he is a member of the District of Columbia bar. Mr. Cutler does not have an application for admission pending with the U.S. District Court for the District of Columbia.

7. A declaration signed by Mr. Cutler, certifying the foregoing information, is attached hereto.

WHEREFORE, Movant requests that Aaron Scot Cutler be granted leave to appear and practice *pro hac vice* on behalf of Leon D. Black in the above-captioned matter.

Dated: September 3, 2026

Respectfully submitted,

/s/ Peter S. Spivack
Peter S. Spivack (D.C. Bar No. 453731)
HOGAN LOVELLS CADWALADER US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
peter.spivack@hlc.com

Aaron S. Cutler
(*pro hac vice* pending)
HOGAN LOVELLS CADWALADER US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
aaron.cutler@hlc.com

*Counsel for Leon D. Black*

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3, I hereby certify that, on September 3, 2026, I caused to be served on all parties of record the foregoing Motion for Admission of Aaron S. Cutler *Pro Hac Vice* by the CM/ECF system.

Dated: September 3, 2026

Respectfully submitted,

*/s/ Peter S. Spivack*
Peter S. Spivack