*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Aaron Scott Cutler*

*was duly qualified and admitted on November 6, 2015 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 27, 2026.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***