**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**LEON D. BLACK**
445 Park Avenue, Suite 1401
New York, NY 10022

*Plaintiff*,

v.

**THE HOUSE COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM and**
2157 Rayburn House Office Building,
Washington, D.C. 20515

**JAMES COMER, in his capacity as Chairman of the House Committee on Oversight and Government Reform**
2410 Rayburn House Office Building,
Washington, D.C. 20515

*Defendants*.

Case No.: 26-cv-03084

**[PROPOSED] ORDER GRANTING MOTION FOR**
**ADMISSION OF AARON SCOT CUTLER *PRO HAC VICE***

This Court has reviewed Leon D. Black's Motion for Admission of Aaron S. Cutler *pro hac vice*. Upon consideration of that motion, the Court grants Aaron S. Cutler *pro hac vice* admission to this Court.

SO ORDERED

DATE: ________________

______________________________
United States District Judge