**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LEON D. BLACK**<br>445 Park Avenue, Suite 1401<br>New York, NY 10022<br><br>*Plaintiff*,<br><br>v.<br><br>**THE HOUSE COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM and**<br>2157 Rayburn House Office Building,<br>Washington, D.C. 20515<br><br>**JAMES COMER, in his capacity as Chairman of the House Committee on Oversight and Government Reform**<br>2410 Rayburn House Office Building,<br>Washington, D.C. 20515<br><br>*Defendants*. | Case No.: 26-cv-03084 |

**[PROPOSED] ORDER GRANTING MOTION FOR**
**ADMISSION OF ADAM JUDAH FRIDMAN *PRO HAC VICE***

This Court has reviewed Leon D. Black's Motion for Admission of Adam J. Fridman *pro hac vice*. Upon consideration of that motion, the Court grants Adam J. Fridman *pro hac vice* admission to this Court.

SO ORDERED

DATE: ___________________

_________________________________
United States District Judge