AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Leon D. Black
*Plaintiff*
v.
The House Committee on Oversight and Government
*Defendant*

Case No. 26-cv-03084

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Leon D. Black .

Date: 09/09/2026

/s/ Adam J. Fridman
*Attorney's signature*

Adam J. Fridman, D.C. Bar No. 1031766
*Printed name and bar number*

Hogan Lovells Cadwalader US LLP
555 13th St NW
Washington, D.C. 20004
*Address*

ari.fridman@hlc.com
*E-mail address*

(202) 637-5600
*Telephone number*

(202) 637-5910
*FAX number*

Print Save As... Reset