**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LEON D. BLACK**<br>445 Park Avenue, Suite 1401<br>New York, NY 10022<br><br>*Plaintiff,*<br><br>v.<br><br>**THE HOUSE COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM and**<br>2157 Rayburn House Office Building,<br>Washington, D.C. 20515<br><br>**JAMES COMER, in his capacity as Chairman of the House Committee on Oversight and Government Reform**<br>2410 Rayburn House Office Building,<br>Washington, D.C. 20515<br><br>*Defendants*. | ) | Case No.: 26-cv-03084 |

**DECLARATION OF ADAM J. FRIDMAN**

I, Adam J. Fridman, hereby declare under penalty of perjury the following:

1. I am an attorney at the law firm of Hogan Lovells Cadwalader US LLP, counsel for Plaintiff Leon D. Black.

2. I am submitting this declaration pursuant to the Court's September 3, 2026 Minute Order.

3. I certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia.

Respectfully submitted, this the 9th day of September, 2026.

*/s/ Adam J. Fridman*

Adam J. Fridman (D.C. Bar No. 1031766)
(*pro hac vice*)
HOGAN LOVELLS CADWALADER US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
ari.fridman@hlc.com

*Counsel for Plaintiff*